**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORONADO DISTRIBUTION COMPANY, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>DIVINE IMAGINGING, INC.,<br><br>            Defendant. | CASE NO. 16cv2115-LAB (DHB)<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF** |

Plaintiff Coronado Distribution Company, Inc. filed a complaint bringing claims for copyright infringement and other related claims, and seeking both preliminary and permanent injunctive relief. (Docket no. 1.) Also in the docket is a text order requesting a preliminary injunctive relief. (Docket no. 3.)

The request is unsupported by any documentation or reasoning and does not comply with Fed. R. Civ. P. 65(a)(1) or (b)(1)'s notice requirements. The complaint itself does not adequately show why the standard for issuance of a preliminary injunction is met. *See Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008) (giving standard for preliminary injunctive relief). *See also id.* at 22 (explaining that preliminary injunctive relief is an "extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief").

The request is therefore **DENIED WITHOUT PREJUDICE**. Coronado Distribution may, if it wishes, file a motion that complies with Fed. R. Civ. P. 65 and that shows why preliminary injunctive relief should issue.

**IT IS SO ORDERED**.

DATED: August 23, 2016

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge